No. 250, Misc.  NELSON *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 259, Misc.  MASI *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 268, Misc.  BRAS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 259.  WIEMAN & WARD CO. *v.* CITY OF PITTSBURGH ET AL., *ante,* p. 840;

No. 312.  UNITED STATES *v.* OHIO POWER CO., *ante,* p. 862;

No. 327.  JONES *v.* MISSISSIPPI, *ante,* p. 869;

No. 338.  HOLMBY PRODUCTIONS, INC. ET AL. *v.* VAUGHN ET AL., CONSTITUTING THE KANSAS STATE BOARD OF REVIEW, ET AL., *ante,* p. 870;

No. 344.  ELCHIBEGOFF *v.* DULLES, SECRETARY OF STATE, ET AL., *ante,* p. 874;

No. 355.  BARDIN *v.* UNITED STATES, *ante,* p. 883;

No. 64, Misc.  SISK *v.* OVERLADE, WARDEN, *ante,* p. 876; and

No. 163, Misc.  MORGAN *v.* SYLVESTER ET AL., *ante,* p. 867.  Petitions for rehearing denied.

No. 217, Misc., October Term, 1954.  MEDICH *v.* UNITED STATES, 348 U. S. 925.  Motion for leave to file petition for rehearing denied.  MR. JUSTICE HARLAN took no part in the consideration or decision of this motion.